```
1  AARON D. FORD
    Attorney General
2  JANET E. TRAUT, Bar No. 8695
    Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1120
5  E-mail: jtraut@ag.nv.gov

6  Attorneys for Interested Party,
   Nevada Department of Corrections
7
8
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS E. SHIELDS, | Case No. 3:23-cv-000150-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| STATE OF NEVADA EX REL., et al., | |
| Defendants. | |

Plaintiff, Douglas Shields, *pro se*, and Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Janet E. Traut, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this ___ day of July 2024    DATED this ___ day of July 2024

By: _____
DOUGLAS SHIELDS
*Pro se*

AARON D. FORD
Attorney General

By: _____
JANET E. TRAUT, Bar No. 8695
Deputy Attorney General
*Attorneys for Interested Party*

Page 1

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 15, 2024